FILED

MAR 06 2008

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>JIMMY D. CATES and MARY E. CATES,<br>husband and wife,<br><br>              Debtors. | NO. 07-01180-JAR12<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW |

THIS MATTER having come on regularly for hearing before the Honorable John A. Rossmeissl, United States Bankruptcy Judge for the Eastern District of Washington, by telephone conference on March 6, 2008, Debtors appearing by and through their attorney JAMES P. HURLEY of Hurley & Lara, the Chapter 12 Trustee FORD ELSAESSER appearing in person and by written report, Northwest Farm Credit Services appearing through THOMAS T. BASSETT of Kirkpatrick & Lockhart Preston Gates Ellis LLP, the Internal Revenue Service appearing through Assistant General ROLF TANGVALD, Farm Service Agency appearing through Assistant Attorney General FRANK WILSON, and the Court having considered the testimony of Debtors, the exhibits and evidence in support of the Order Confirming the Chapter 12 Plan and the modifications thereto as represented by counsel for

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 1-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

07-01180-JAR12   Doc 159   Filed 03/06/08   Entered 03/06/08 16:20:41   Pg 1 of 4

the parties and as set forth in the proposed Order of Confirmation, the Court now makes the following:

## FINDINGS OF FACT

1. The Plan complies with the provisions of Chapter 12 and with other applicable provisions of Title 11 U.S. Code;

2. Any fee, charge or amount required under Chapter 12 of Title 28, U.S. Code, or by the Plan, to be paid before confirmation has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtors were liquidated under Chapter 7, Title 11, U.S. Code, on such date;

5. The holder of each allowed secured claim has accepted the Plan subject to certain terms a set forth in the Order of Confirmation.

The Court having entered its Findings of Fact, now enters the following:

## CONCLUSIONS OF LAW

1. The Plan complies with the provisions of Chapter 12 and with other applicable provisions of Title 11, U.S. Code; and

2. The court should confirm Debtors' Chapter 12 Plan as modified in the proposed

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 2-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

Order of Confirmation.

Presented by: *[signature]*

JAMES P. HURLEY    WSBA #6615
Attorney for Debtors
411 N 2nd Street, Yakima WA 98901

Agreed to and Approved for Entry:

_____
FORD ELSAESSER
Chapter 12 Trustee

Agreed to and Approved for Entry:

_____
THOMAS T. BASSETT    WSBA #7244
of Kirkpatrick & Lockhart Preston Gates Ellis LLP
Attorneys for Northwest Farm Credit Service

Agreed to and Approved for Entry:

_____
ROLF TANGVALD
Attorney for the Internal Revenue Service

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 3-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

Agreed to and Approved for Entry:

_____
FRANK WILSON
Attorney for the Farm Service Agency

*Done this 6th day of March 2008*

*[signature]*
*Bankruptcy Judge*

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 4-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282